**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

UNITED STATES OF AMERICA

-vs-                                                                 Case No.:  2:06-cr-72-FtM-29SPC

ARBEY MEDINA-FLORES

_____

## ORDER

This matter comes before the Court on the Report And Recommendation Rejecting Plea Of Guilty (Doc. #85) filed on October 10, 2006 by the Hon. Sheri Polster Chappell.  Upon review, the Court rejects the plea of guilty entered by the defendant.

Accordingly, it is now

**ORDERED:**

The Report And Recommendation Rejecting Plea Of Guilty (Doc. #85) is **ADOPTED**.  This case remains on the *October 2006* trial calendar and is set to begin jury selection on *October 18, 2006 at 9:00 a.m.*

**DONE AND ORDERED** at Fort Myers, Florida, this 13th day of October, 2006.

JOHN E. STEELE
United States District Judge

Copies: All Parties of Record